Cary Kletter (SBN 210230)
Sally Trung Nguyen (SBN 267275)
KLETTER LAW FIRM LLP
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
415.434.3400

Attorneys for Plaintiff,
LINDA LE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LE,<br><br>PLAINTIFF,<br><br>v.<br><br>JPMORGAN CHASE BANK and DOES 1 - 20, inclusive,<br><br>DEFENDANTS. | Case No.: C 14-02225 KAW<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING AMENDING COMPLAINT** |

## STIPULATION

Plaintiff LINDA LE ("LE") and Defendant JPMORGAN CHASE BANK ("CHASE"), through their counsel of record, hereby stipulate as follows:

WHEREAS, LE filed an action with the following claims: (1) Pregnancy Discrimination; (2) California Family Rights Act ("CFRA") Interference; (3) CFRA Discrimination/Retaliation; (4) Fair Employment and Housing Act ("FEHA") Retaliation; (5) Wrongful Termination in Violation of Public Policy; (6) Discrimination on the Basis of Disability; (7) Failure to Accommodate Disability; (8) Failure to Engage in the Interactive Process; (9) Failure to Provide Seating; and (10) Unfair Business Practices;

WHEREAS, CHASE filed a Notice of Removal of Civil Action (Federal Question and Diversity) ("Removal");

WHEREAS, counsel for all parties have agreed to allow LE to file the Attached First Amended Complaint;

WHEREAS, no trial date has been set; and

WHEREAS, none of the parties would be prejudiced by allowing LE to file the First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that LE may file the attached First Amended Complaint.

Dated: June 10, 2014

**KLETTER LAW FIRM LLP**
CARY KLETTER
SALLY TRUNG NGUYEN

By: /s/ Cary Kletter
Cary Kletter

Attorney for Plaintiff
Linda Le

Date: June 10, 2014

**SANCHEZ & AMADOR, LLP**
JAMIE RUDMAN

By: /s/ Jamie Rudman
Jamie Rudman

Attorney for Defendant
JPMorgan Chase Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LE,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, and DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | Case No. C 14-02225 KAW<br><br>[PROPOSED] ORDER REGARDING FILING FIRST AMENDED COMPLAINT |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff Linda Le is granted leave to file the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/11/14

*Kandis Westmore*
The Honorable Kandis A. Westmore
United States District Court Judge