NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA LE,

    PLAINTIFF,

v.

JP MORGAN CHASE BANK, N.A.,

    DEFENDANT.

Case No. 14-cv-02225-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE | Monday, September 15 2014 at 2:00 p.m. |
| CASE MANAGEMENT CONFERENCE: | Monday, January 12, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | January 9, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | September 30, 2014 |
| NON-EXPERT DISCOVERY CUTOFF: | March 17, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 30, 2015<br>Rebuttal: February 13, 2015 |
| EXPERT DISCOVERY CUTOFF: | March 24, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | April 28, 2015 [filed by 3/24/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday , May 29, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 12, 2015 |
| PRETRIAL CONFERENCE: | Friday, June 26, 2015 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| TRIAL DATE AND LENGTH: | Monday, July 13, 2015 at 8:30 a.m. for 5 days<br>(Jury Trial) |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, May 29, 2015 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge